# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KIMBERLY ARCHEY**,<br>      Plaintiff;<br>vs.<br>**BFL-MGMT., INC. d/b/a BUY FOR LESS**,<br>      Defendant. | **Case No. CIV-17-533-SLP**<br><br>*(Formerly Oklahoma County Case No. CJ-2017-2207)* |

## JOINT MOTION TO EXTEND SCHEDULING ORDER

Plaintiff Kimberly Archey and Defendant BFL-MGMT., Inc. d/b/a Buy for Less, (collectively "Parties") jointly request this Court enter an Order extending the current scheduling order [Doc. No. 12] deadlines sixty (60) days. In accordance with LcVR 7.1(h), the Parties state:

1. No requests for an extension have been made prior to this filing;
2. The Parties request this extension because the Parties do not believe discovery will be complete prior to the current scheduling order deadlines. The Parties have engaged in discovery thus far, but the Parties anticipate needing additional discovery and are in the process of scheduling depositions that will extend beyond the currently set scheduling order deadlines. Scheduling conflicts and newly discovered information in the case have prevented the Parties from being able to meet the current set deadlines.
3. All parties agree to the requested extension.
4. The Parties set forth the following remaining deadlines and the proposed new deadlines:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Plaintiff to file final list of expert witnesses in chief and submit expert reports to Defendant | 3/20/2018 | 5/20/2018 |
| Defendant to file final list of expert witnesses in chief and submit expert reports to Plaintiff | 4/18/2018 | 6/17/2018 |
| Plaintiff to file final list of witnesses together with addresses and brief summary of expected testimony where a witness has not already been deposed | 5/10/2018 | 7/09/2018 |
| Defendant to file a final list of witnesses (as described above) | 5/24/2018 | 7/23/2018 |
| Plaintiff to file a final exhibit list | 5/10/2018 | 7/09/2018 |
| Defendant to file objections to Plaintiff's final exhibit list, under Fed R. Civ. P. 26(a)(3)(B) | 5/24/2018 | 7/23/2018 |
| Defendant to file a final exhibit list and any exhibits not previously submitted | 5/24/2018 | 7/23/2018 |
| Plaintiff to file objections to Defendant's final exhibit list under Fed R. Civ. P. 26(a)(3)(B) | 6/07/2018 | 8/06/2018 |
| Discovery to be completed | 8/15/2018 | 10/14/2018 |

| | | |
|---|---|---|
| All dispositive and Daubert motions to be filed | 5/01/2018 | 6/30/2018 |
| Trial Docket | September 2018 | November 2018 |
| Designation of deposition testimony to be used at trial to be filed | 8/21/2018 | 10/20/2018 |
| Objections and counter-designations to be filed | 8/31/2018 | 10/30/2018 |
| Motions in limine to be filed | 8/21/2018 | 10/20/2018 |
| Requested voir dire to be filed | 8/21/2018 | 10/20/2018 |
| Trial briefs to be filed | 8/21/2018 | 10/20/2018 |
| Requested jury instructions to be filed | 8/21/2018 | 10/20/2018 |
| Final Pretrial Report to be submitted to the court | 8/21/2018 | 10/20/2018 |

Relief Requested: The Parties respectfully request this Court enter an Order extending the deadlines to the proposed dates, as set forth in the chart above.

s/*Courtney Warmington (w/perm)*
Courtney Warmington, OBA #18486
Jeremy Tubb, OBA #16739
FULLER TUBB & BICKFORD, PLLC
Robert S. Kerr, Ste. 1000
Oklahoma City, Oklahoma 73102
Telephone: 405.235.2575
Facsimile: 405.232.8384
cwarmington@fullertubb.com
jeremy.tubb@fullertubb.com

ATTORNEYS FOR DEFENDANT

s/ Leah M. Roper
D. Colby Addison, OBA #32718
Leah M. Roper, OBA #32107
LAIRD HAMMONS LAIRD, PLLC
1332 SW 89th Street
Oklahoma City, OK 73159
Telephone: 405.703.4567
Facsimile:  405.703.4067
E-mail: colby@lhllaw.com
Email: leah@lhllaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF MAILING

This is to certify that on this  17th   day of April, 2018, a true and correct copy of the foregoing instrument was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Courtney Warmington
Jeremy Tubb
FULLER, TUBB, BICKFORD, & KRAHL
201 Robert S Kerr, Suite 1000
Oklahoma City, OK 73102
Jeremy.tubb@fullertubb.com
cwarmington@fullertubb.com
*Attorneys for Defendant*

                                              s/LEAH M. ROPER
                                              Leah M. Roper